No. 77–219.   PLUMLEE *v.* UNITED STATES, 434 U. S. 1040;

No. 77–801.   FOWLER *v.* MARYLAND STATE BOARD OF LAW EXAMINERS, 434 U. S. 1043; and

No. 77–5960.   ROOTS *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, 434 U. S. 1059.   Petitions for rehearing denied.

No. 72–1679.   HACKETT, DIRECTOR, DEPARTMENT OF EMPLOYMENT SECURITY OF RHODE ISLAND, ET AL. *v.* GRINNELL CORP., 414 U. S. 879;

No. 76–6983.   KEEFER *v.* PENNSYLVANIA, 434 U. S. 1009; and

No. 77–5676.   BEARD *v.* ESTELLE, CORRECTIONS DIRECTOR, 434 U. S. 1019.   Motions for leave to file petitions for rehearing denied.

MARCH 24, 1978

No. A–807.   BROWN ET AL. *v.* THOMSON, GOVERNOR OF NEW HAMPSHIRE.   Application for stay of judgment of the United States Court of Appeals for the First Circuit, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, granted pending timely filing and disposition of a petition for writ of certiorari in this Court.

Should the petition for a writ of certiorari not be timely filed or denied, this stay is to terminate automatically.   In the event the petition for a writ of certiorari is granted, this stay is to remain in effect pending issuance of the judgment of this Court.

THE CHIEF JUSTICE dissenting.

I would not disturb the order of the United States Court of Appeals for the First Circuit.   Moreover, the Attorney General of New Hampshire having this day personally represented to the Clerk of this Court that the proclamation of March 21,